**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES** |

## <u>ORDER</u>

The PPO8 Motions to Dismiss pending in the cases listed in Exhibit A are GRANTED.

Accordingly, Defendants Barr Laboratories, Inc., ESI Lederle Inc., Warner Chilcott (US), LLC,

Bristol-Myers Squibb Company, Solvay Pharmaceuticals, Inc., Solvay America, Inc., and

Greenstone LLC (incorrectly named as Greenstone LLC d/b/a Greenstone Ltd.) are DISMISSED

based on the terms and conditions in PPO8.

IT IS SO ORDERED this 19th day of December, 2008.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

Adkins, Franklin (Estate of Bonnie Adkins, dec'd)    ED AR 4:08-CV-03627

Arkle, Canzaza          ED AR 4:08-CV-03623

Asbury, Judy            ED AR 4:08-CV-03637

Blizzard, Mary          ED AR 4:08-CV-03650

Bosher, Dovie           ED AR 4:08-CV-03653

Bowcott, Phyllis        ED AR 4:08-CV-03655

Burress, Patricia       ED AR 4:08-CV-03676

Cagigas, Norma          ED AR 4:08-CV-03678

Carter, Linda           ED AR 4:08-CV-03690

Carter, Nellie          ED AR 4:08-CV-03689

Childress, Roberta      ED AR 4:08-CV-03703

Colebank, Wanda         ED AR 4:08-CV-03710

Coleman, Catherine      ED AR 4:08-CV-03709

Collias, Gloria         ED AR 4:08-CV-03711

Conner, Linda           ED AR 4:08-CV-03717

Cook, Billy (Est of Jeanette Price, Dec'd)        ED AR 4:08-CV-03718

Cook, Carolyn (Est of Willadene Miller, Dec'd)    ED AR 4:08-CV-03719

Doerfler, Blodwyn       ED AR 4:08-CV-03620

Fisher, Georgia         ED AR 4:08-CV-03761

Garrison, Toney         ED AR 4:08-CV-03770

Godwin, Sandra          ED AR 4:08-CV-03775

Gould, Kathryn          ED AR 4:08-CV-03778

Gray, Mary              ED AR 4:08-CV-03782

Green, Jacqueline ED AR 4:08-CV-03784

Green, Phyllis ED AR 4:08-CV-03785

Haga, Martha ED AR 4:08-CV-03787

Harper, Karen ED AR 4:08-CV-03798

Hayden, Martha ED AR 4:08-CV-03804

Hurley, Josephine ED AR 4:08-CV-03834

Jarrell, Macie ED AR 4:08-CV-03841

Johnson, Diana ED AR 4:08-CV-03844

Keith, Fannie ED AR 4:08-CV-03849

Kessinger, Gladys ED AR 4:08-CV-03853

Kimball, Carolyn ED AR 4:08-CV-03854

Kittle, Shirley ED AR 4:08-CV-03859

Lambert, Dorothy (Estate) ED AR 4:08-CV-03865

Lane, Deborah ED AR 4:08-CV-03867

Lane, Mary ED AR 4:08-CV-03868

Lawrence, Janice ED AR 4:08-CV-03870

Layton, Dorothy ED AR 4:08-CV-03871

Lemaster, Mary ED AR 4:08-CV-03873

Lucion, Nancy ED AR 4:08-CV-03890

Metts, Cloudia ED AR 4:08-CV-03963

Miller, Violet ED AR 4:08-CV-03982

Monty, Sylvia ED AR 4:08-CV-03989

Mounts, Helen ED AR 4:08-CV-04006

Neace, Judith ED AR 4:08-CV-04012

Newman, Betty            ED AR 4:08-CV-04010

Nichols, Florence        ED AR 4:08-CV-04011

Nutter, Betty            ED AR 4:08-CV-04029

Paxton, Joann            ED AR 4:08-CV-04053

Perry, Dorothy           ED AR 4:08-CV-04071

Peters, Sheila           ED AR 4:08-CV-04081

Pierce, Jane             ED AR 4:08-CV-04086

Pritchett, Rowena        ED AR 4:08-CV-04090

Pursley, Vivian          ED AR 4:08-CV-04091

Ross, Katheryn           ED AR 4:08-CV-03911

Runyan, Betty            ED AR 4:08-CV-03914

Sexton, Anne             ED AR 4:08-CV-03934

Shiels, Jackolin         ED AR 4:08-CV-03937

Smith, Jackie            ED AR 4:08-CV-03945

Smith, Rhodonna          ED AR 4:08-CV-03951

Steen, Linda             ED AR 4:08-CV-03959

Taisacan, Vicenta        ED AR 4:08-CV-03972

Taylor, Irene            ED AR 4:08-CV-03980

Tickle, Juanita          ED AR 4:08-CV-04007

Tomblin, Goldie          ED AR 4:08-CV-04000

Tooley, Antha            ED AR 4:08-CV-03995

Traeger, Barbara         ED AR 4:08-CV-03994

Tucker, Shirley          ED AR 4:08-CV-04015

Vance, Susan             ED AR 4:08-CV-04024

Walker, Mary          ED AR 4:08-CV-04030

Waller, Patricia       ED AR 4:08-CV-04033

Watts, Julia           ED AR 4:08-CV-04044

Weaver, Norma          ED AR 4:08-CV-04049

Weekley, Elva          ED AR 4:08-CV-04050

Weis, Linda            ED AR 4:08-CV-04052

Wiley, Paulette        ED AR 4:08-CV-04060

Wilson, Bernice        ED AR 4:08-CV-04064

Young, Mary            ED AR 4:08-CV-04084